UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

| | |
|---|---|
| JERRY J. WAGNER | Case No. 17-20394-dob |
| and SHANNON L. WAGNER, | Chapter 13 Proceeding |
| Debtors. | Hon. Daniel S. Opperman |

_____/

ORDER DENYING REQUEST FOR
ATTORNEY FEES AND COSTS OF THE CHAPTER 13 TRUSTEE

For the reasons stated in an Opinion of even date;

The Court denies the request for attorney fees and costs of the Chapter 13 Trustee.

**Signed on August 30, 2018**

/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**